**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Berel David STOLWORTHY,**
**Defendant-Appellant.**

No. 16-10376

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2017 *

Filed July 17, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

Berel David Stolworthy, Pro Se

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

Berel David Stolworthy appeals from the district court's judgment and challenges his guilty-plea conviction and 136-month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Stolworthy's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Stolworthy the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Stolworthy waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.